IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COLLEEN SKIPPER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 4:06-cv-00103-MP-WCS

ANN AHRENDT, in her official capacity
as the PROPERTY APPRAISER, WAKULLA
COUNTY, FLORIDA, and ANN AHRENDT,
in her individual capacity,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 49, Amended Notice of Voluntary Dismissal, filed by Plaintiff Colleen Skipper. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, a court may dismiss an action at the plaintiff's instance upon such terms and conditions as the court deems proper. Because the parties have settled this case, the Court hereby dismisses this action with prejudice, with each party to bear their own attorney's fees and costs. The Clerk is directed to close this case.

**DONE AND ORDERED** this *8th* day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge